UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CISNEROS,<br><br>                Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                Respondent. | Case No. 18-cv-04049-HSG (PR)<br><br>**JUDGMENT** |

       This action is dismissed without prejudice to Petitioner asserting all his challenges to his 2016 conviction in his earlier-filed petition for writ of habeas corpus.

       **IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/17/2018

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge